**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7431**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LENNY CAIN,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:12-cr-00019-ELH-6)

Submitted: February 9, 2018               Decided: February 15, 2018

Before AGEE, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lenny Lyle Cain, Appellant Pro Se. Clinton Jacob Fuchs, Assistant United States Attorney, Kenneth Sutherland Clark, Mushtaq Zakir Gunja, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenny Cain appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Cain*, No. 1:12-cr-00019-ELH-6 (D. Md. filed Oct. 17, 2017; entered Oct. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*